Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 4

| | |
|---|---|
| AMERICAN INSTITUTE FOR INTERNATIONAL STEEL, INC., SIM-TEX, LP, and KURT ORBAN PARTNERS, LLC,<br><br>       Plaintiffs,<br><br> v.<br><br>UNITED STATES and KEVIN K. MCALEENAN, Commissioner, United States Customs and Border Protection,<br><br>       Defendants. | **SUMMONS 18-00152** |

**TO:** The Above-Named Defendants:

  You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



       **/s/ Mario Toscano**
       Clerk of the Court

             Name, Address, Telephone Number and
             E-mail Address of Plaintiff's Attorney

/s/ Donald B. Cameron       Donald B. Cameron
Signature of Plaintiff's Attorney     Morris, Manning & Martin, LLP
             1401 Eye Street, NW
             Suite 600
6/27/2018           Washington, D.C. 20005
  Date           (202) 216-4811
             dcameron@mmmlaw.com

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

11873412 v1