**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| AMERICAN INSTITUTE FOR INTERNATIONAL STEEL, INC., SIM-TEX, LP, and KURT ORBAN PARTNERS, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES and KEVIN K. MCALEENAN, Commissioner, United States Customs and Border Protection, | ) ) ) ) |
| Defendants. | ) ) |

Before: Claire R. Kelly, Jennifer Choe-Groves, & Gary S. Katzmann, Judges

Court No. 18-00152

**UNOPPOSED MOTION FOR ORAL ARGUMENT**

Pursuant to Rule 7(c) of the Rules of this Court, Plaintiffs the American Institute for International Steel, Inc., Sim-Tex, LP, and Kurt Orban Partners, LLC hereby file this motion for oral argument in this action.

Plaintiffs believe oral argument is desirable in this action, which presents a constitutional claim under the non-delegation doctrine. Plaintiffs believe that oral argument will assist the Court in its analysis of the issues presented in the parties' briefs and will provide the Court with the opportunity to question the parties about issues of particular significance to the Court. In view of the continuing harm to Plaintiffs from the tariffs on imported steel that are the subject of this action, Plaintiffs further request that this Court schedule oral argument as expeditiously as possible.

Pursuant to Rule 7(b), Plaintiffs consulted with the other parties to this case prior to filing this motion. Specifically, on October 4, 2018, Tara Hogan, counsel for the Defendants, United States and Kevin K. McAleenan, Commissioner of U.S. Customs and Border Protection,

indicated that the Government takes no position on the motion, and defers to the Court as to whether oral argument is required.

For the reasons discussed above, Plaintiffs respectfully request that this motion be granted and that the Court schedule oral argument in this case. A proposed order is attached.

Respectfully submitted,

/s/Donald B. Cameron
Donald B. Cameron
R. Will Planert
Julie C. Mendoza
Brady W. Mills
MORRIS MANNING & MARTIN LLP
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005
(202) 216-4811
dcameron@mmmlaw.com

/s/Alan B. Morrison
Alan B. Morrison
George Washington University Law School
2000 H Street, NW
Washington, D.C. 20052
(202) 994-7120
abmorrison@law.gwu.edu

/s/Gary N. Horlick
Gary N. Horlick
Law Offices of Gary N. Horlick
1330 Connecticut Ave., NW, Suite 499c
Washington, D.C. 20036
(202) 429-4790
gary.horlick@ghorlick.com

/s/Timothy Meyer
Timothy Meyer
Vanderbilt Law School
131 21st Avenue South
Nashville, TN 37203
(615) 936-8394
tim.meyer@law.vanderbilt.edu

                <u>s/Steve Charnovitz</u>
                Steve Charnovitz
                George Washington University Law School
                2000 H Street, NW
                Washington, D.C. 20052
                (202) 994-7808
                scharnovitz@law.gwu.edu

Dated: October 5, 2018

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

|   |   |
|---|---|
| AMERICAN INSTITUTE FOR INTERNATIONAL STEEL, INC., SIM-TEX, LP, and KURT ORBAN PARTNERS, LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES and KEVIN K. MCALEENAN, Commissioner, United States Customs and Border Protection,<br><br>　　　　　Defendants. | Before:  Claire R. Kelly, Jennifer Choe-Groves, & Gary S. Katzmann, Judges<br><br>Court No. 18-00152 |

## **ORDER**

Upon consideration of Plaintiffs' Motion for Oral Argument, it is hereby:

ORDERED that Plaintiff's Motion is granted; and it is further

ORDERED that oral argument in the above-captioned case is scheduled for _____.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge

Dated: _____