**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| AMERICAN INSTITUTE FOR INTERNATIONAL STEEL, INC., SIM-TEX, LP, and KURT ORBAN PARTNERS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES and KEVIN K. MCALEENAN, Commissioner, United States Customs and Border Protection,<br><br>Defendants. | Before: Claire R. Kelly, Jennifer Choe-Groves & Gary S. Katzmann, Judges<br><br>Court No. 18-00152 |

**ORDER**

Upon consideration of Plaintiffs' Unopposed Motion for Oral Argument, and upon due deliberation, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that each side will have 30-minutes to present its arguments and may reserve any portion of that time for rebuttal; and it is further

**ORDERED** that oral argument shall be held on Wednesday, December 19, 2018 at 10:30 a.m. in the Ceremonial Courtroom of the United States Court of International Trade, One Federal Plaza, New York, NY.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated: October 11, 2018
New York, New York